CONSUMERS FINANCIAL SERVICES v. THERESA A. TAYLOR.

May 13, 1980.

Petition for certification granted.

NATALIE EHLERT v. EDWIN EHLERT.

May 13, 1980.

Petition for certification denied.

FRITZ HESS v. ISAAC JONES, JR.

May 13, 1980.

Petition for certification denied.